IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GLENDA MARIE HUTZEL,**

    **Plaintiff,**

v.                                                  Case No. 5:21-cv-39-AW-MJF

**HARRY MATTHEW FUQUA, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 22, 2021 Report and Recommendation. ECF No. 11. No objections have been filed. The Report and Recommendation is now adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute." The clerk will then close the file.

SO ORDERED on November 17, 2021.

                                            s/ *Allen Winsor*
                                            United States District Judge